UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MELGAR, | No. 2:15-cv-2256 KJN P |
| Plaintiff, | |
| v. | ORDER |
| L. SCHMIDT, | |
| Defendant. | |

Plaintiff is a state prisoner, proceeding pro se, with a civil rights action pursuant to 42 U.S.C. § 1983.

By an order filed December 9, 2015, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 form and copies of his complaint which are required to effect service on the defendant. On January 4, 2016, plaintiff submitted the copies of the complaint but failed to supply an address for defendant Schmidt on the USM-285 form or summons.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff one USM-285 form with instructions and blank summons; and

/////

/////

1

2. Within thirty days, plaintiff shall submit to the court the properly completed USM-285 form and summons required to effect service. Failure to return the copies within the specified time period will result in dismissal of this action.

Dated: January 15, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

melg2256.8f