UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MELGAR, | No. 2: 15-cv-2256 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| L. SCHMIDT, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, pursuant to 42 U.S.C. § 1983. On May 17, 2016, the court referred this action to the Post-Screening ADR (Alternative Dispute Resolution) Project. (ECF No. 20.) On June 14, 2016, defendants filed a motion to be excluded from the Post-Screening ADR Project. (ECF No. 23.) Good cause appearing, defendants' motion is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to be excluded from the Post-Screening ADR Project (ECF No. 23) is granted;

2. The referral of this action to the Post-Screening ADR Project is withdrawn.

Dated: June 27, 2016

Mel2256.ord

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1